Finis E. Downing, Complainant, v. William B. Finn et al., Defendants.
William B. Finn, Appellee, v. Centennial National Bank, Appellant.

Gen. No. 9,223.

opinion filed October 15, 1940; rehearing denied February 5, 1941. William T. Gordley and Barber & Barber, for appellant; Oscar J. Putting, for appellee. Opinion by JUSTICE HAYES. ''Not to be published in full.''